NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LATONYA CHIREE MOORE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5007

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-357, Judge Marian Blank Horn.

---

**ON MOTION**

---

**ORDER**

The United States moves out of time for a 106-day extension of time, until March 1, 2011, to file its informal response brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: LaTonya Chiree Moore
    Russell A. Shultis, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 2 8 2011**

**JAN HORBALY**
**CLERK**